IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JENNIFER PASCUBILLO , | ) | CV 09-00208 SOM-BMK |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING |
| vs. | ) | MAGISTRATE'S FINDINGS AND |
| | ) | RECOMMENDATION |
| COSTCO WHOLESALE CORPORATION, a foreign profit corporation; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; DOE GOVERNMENTAL AGENCIES 1-10, inclusive, | ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 22, 2010, and no objections having been filed by any party,

2

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 17, 2010.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Jennifer Pascubillo v. Costco; CV 09-00208 SOM-BMK, ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION